NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BYUNGMIN CHAE,**
*Plaintiff-Appellant*

v.

**JANET YELLEN, SECRETARY OF THE TREASURY, ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, DEPARTMENT OF THE TREASURY, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES,**
*Defendants-Appellees*

---

2022-2017

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00316-TMR, Judge Timothy M. Reif.

---

**ON PETITION FOR REHEARING**

---

Before NEWMAN, PROST, and HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

On May 15, 2023 Byungmin Chae filed two petitions for rehearing [ECF Nos. 32, 33] which appear to be duplicates of the pending combined petition for panel rehearing and rehearing en banc filed May 9, 2023 [ECF No. 31].

Upon consideration thereof,

IT IS ORDERED THAT:

ECF Nos. 32, 33 are rejected.

FOR THE COURT

May 15, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court