# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 1, 2023

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

     Re:  Byungmin Chae
           v. Janet L. Yellen, Secretary of the Treasury, et al.
           No. 23-200
           (Your No. 2022-2017)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 24, 2023 and placed on the docket September 1, 2023 as No. 23-200.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Sara Simmons
                                        Case Analyst